Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 21−14529−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stevi R Fore
    21 Equestrian Drive
    Burlington, NJ 08016

Social Security No.:
    xxx−xx−3708

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 19, 2021.

Dated: October 20, 2021
JAN: wir

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14529-MBK |
| Stevi R Fore | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stevi R Fore, 21 Equestrian Drive, Burlington, NJ 08016-3057 |
| 519236280 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519226984 | + | US Dept of Ed, 3130 Fairview Park Drive, Ste 800, Falls Church, VA 22042-4566 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519226978 | | Email/Text: bankruptcy@bhg-inc.com | Oct 20 2021 20:21:00 | Bankers Healthcare Group, 10234 W. State Rd 84, Fort Lauderdale, FL 33324 |
| 519268165 | | Email/Text: bankruptcy@bhg-inc.com | Oct 20 2021 20:21:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 519226979 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 20 2021 20:36:02 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 519226980 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:35:52 | Citi - Sears, 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519226982 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2021 20:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519269455 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519226998 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519226983 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:48 | syncb - tjx, POB 530948, Atlanta, GA 30353-0948 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519226981 | | Great Lakes |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 21-14529-MBK    Doc 27    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Stevi R Fore njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4