| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** : <br> **DISTRICT OF NEW JERSEY** : <br> : <br> : <br> Law Offices of Peter E. Zimnis : <br> 1245 Whitehorse-Mercerville Road : <br> Trenton, New Jersey 08619 : <br> Attorney for Debtor : <br> : <br> : <br> In re: : <br> STEVI FORE : <br> : <br> Debtor : <br> : | Case No. 21-14529 <br><br> Judge: <br><br> Chapter 13 |

PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)

      I, STEVI FORE, upon my oath according to law, hereby certifies as follows:

1.    The below information is being supplied for compliance with the Confirmation Hearing date on <u>October 13, 2021</u>.

2.    I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.    I have filed all applicable Federal, State, and local tax returns that I was required to file in the four (4) years preceding the Bankruptcy filing, as required by 11 <u>U.S.C</u>. 1308.

4.    If the Confirmation Hearing date stated in paragraph 1 is adjourned for any reason, then an updated Certification will be filed with the Court prior to any subsequent Confirmation Hearing date in the event any of the information contained in this Certification changes.

      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

<u>/s/ Stevi Fore</u>                                              /s/ <u>                  </u>