Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2021 to 02/03/2022

**Chapter 13 Case No. 21-14529 / MBK**

Stevi R Fore

Petition Filed Date: 05/30/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 10/13/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/06/2021 | $300.00 | 6631402 | 08/03/2021 | $300.00 | 6631302 | 08/30/2021 | $300.00 | 6631342 |
| 09/29/2021 | $300.00 | 6675034 | 10/28/2021 | $300.00 | 6675099 | 12/03/2021 | $300.00 | 6675372 |
| 01/04/2022 | $300.00 | 6675324 | 02/01/2022 | $300.00 | 6675219 | | | |

**Total Receipts for the Period: $2,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stevi R Fore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER E ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,578.00 | $1,645.20 | $1,932.80 |
| 1 | QUICKEN LOANS, LLC<br>»» P/21 EQUESTRIAN DR/1ST MTG | Mortgage Arrears | $36.39 | $0.00 | $36.39 |
| 2 | Bankers Healthcare Group LLC | Unsecured Creditors | $47,032.35 | $0.00 | $47,032.35 |
| 3 | SYNCHRONY BANK<br>»» TJX REWARDS MC | Unsecured Creditors | $3,751.84 | $0.00 | $3,751.84 |

**Chapter 13 Case No. 21-14529 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Plan Balance: | $15,600.00 ** |
| Paid to Claims: | $1,645.20 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $205.20 | Arrearages: | $300.00 |
| Funds on Hand: | $549.60 | Total Plan Base: | $18,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**