Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024

**Chapter 13 Case No. 21-14529 / MBK**

Stevi R Fore

Petition Filed Date: 05/30/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 10/13/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $300.00 | | 02/14/2023 | $300.00 | | 03/14/2023 | $300.00 | |
| 04/14/2023 | $300.00 | | 05/15/2023 | $300.00 | | 06/14/2023 | $300.00 | |
| 07/14/2023 | $300.00 | | 08/14/2023 | $300.00 | | 09/14/2023 | $300.00 | |
| 10/17/2023 | $300.00 | | 11/14/2023 | $300.00 | | 12/14/2023 | $300.00 | |
| 01/16/2024 | $300.00 | | | | | | | |

**Total Receipts for the Period: $3,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stevi R Fore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter E. Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,578.00 | $3,578.00 | $0.00 |
| 1 | QUICKEN LOANS, LLC<br>»» P/21 EQUESTRIAN DR/1ST MTG | Mortgage Arrears | $36.39 | $36.39 | $0.00 |
| 2 | Bankers Healthcare Group LLC | Unsecured Creditors | $47,032.35 | $4,324.81 | $42,707.54 |
| 3 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» TJX REWARDS MC | Unsecured Creditors | $3,751.84 | $345.00 | $3,406.84 |

**Chapter 13 Case No. 21-14529 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,600.00 | Plan Balance: | $8,400.00 ** |
| Paid to Claims: | $8,284.20 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $765.60 | Arrearages: | $0.00 |
| Funds on Hand: | $550.20 | Total Plan Base: | $18,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**