Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-14529 / MEH**

Stevi R Fore

Petition Filed Date: 05/30/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 10/13/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/21/2025 | $600.00 | 6918919 | 05/16/2025 | $600.00 | 6962552 | 07/30/2025 | $600.00 | 6962719 |
| 10/01/2025 | $600.00 | 6962847 | 12/23/2025 | $600.00 | 7029039 | 02/18/2026 | $900.00 | 7029158 |

**Total Receipts for the Period: $3,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stevi R Fore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter E. Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,578.00 | $3,578.00 | $0.00 |
| 1 | QUICKEN LOANS, LLC<br>»» P/21 EQUESTRIAN DR/1ST MTG | Mortgage Arrears | $36.39 | $36.39 | $0.00 |
| 2 | Bankers Healthcare Group LLC | Unsecured Creditors | $47,032.35 | $10,253.01 | $36,779.34 |
| 3 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» TJX REWARDS MC | Unsecured Creditors | $3,751.84 | $817.90 | $2,933.94 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,800.00 | Plan Balance: | $1,200.00 ** |
| Paid to Claims: | $14,685.30 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $1,281.30 | Arrearages: | $300.00 |
| Funds on Hand: | $833.40 | Total Plan Base: | $18,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**